THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BARRY JACOBS and JOHN DALE GREEN, Appellants.

Submitted July 14, 1954; decided July 14, 1954.

Motion for an order pursuant to section 503 of the Code of Criminal Procedure granted.   [See 306 N. Y. 717, 758.]